BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
SCOTT J. BORROWMAN, CSBN 241021
Special Assistant United States Attorney
      160 Spear Street, Suite 800
      San Francisco, California 94105
      Telephone:  (415) 977-8942
      Facsimile:    (415) 744-0134
      E-Mail:   scott.borrowman@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| MARIA ISABEL BRIONES RODRIGUEZ, | Case No. 1:12-cv-00565-BAM |
| Plaintiff, | **STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF** |
| vs. | |
| MICHAEL J. ASTRUE, | |
| Commissioner of Social Security, | |
| Defendant. | |

      IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's Opening Brief.  Counsel for Defendant requests this extension in light of his mentoring duties, other district court litigation, and other non-district court litigation duties.  This is Defendant's first requested extension.

///

///

///

///

1

Stip. & Order For Extension
of Time re. Def's Responding Brief                                        1:12-cv-00565-BAM

1    The current due date is October 24, 2012.  The new due date will be November 23, 2012.
2 The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: October 23, 2012          /s/ Matthew Malerich*
MATTHEW MALERICH
Chain | Cohn | Stiles
Attorney for Plaintiff
(*authorized by telephone on 10/23/2012)

Dated: October 23, 2012          BENJAMIN B. WAGNER
United States Attorney

By:     /s/ Scott J. Borrowman
SCOTT J. BORROWMAN
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

Based on the Stipulation of the parties (Doc. 13), the Court hereby ORDERS that Defendant's responsive brief shall be due November 23, 2012.  The Court's Scheduling Order shall be modified accordingly.

IT IS SO ORDERED.

Dated:   **October 24, 2012**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

2

Stip. & Order For Extension
of Time re. Def's Responding Brief                                              1:12-cv-00565-BAM