# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ISABEL BRIONES RODRIGUEZ,<br><br>    Plaintiff,<br>vs.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br><br>    Defendants.<br>_____/ | CASE NO. CV 12-cv-0565-BAM<br><br>**STIPULATION AND ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF TO FILE A REPLY BRIEF** |

Based on the Stipulation of the parties (Doc. 16), the Court hereby ORDERS that Plaintiff shall have a first extension, or until December 6, 2012, in which to file the Appellant's Reply Brief or otherwise respond to Defendant's motion.

IT IS SO ORDERED.

Dated:   **November 29, 2012**                    **/s/ Barbara A. McAuliffe**
                                                                        UNITED STATES MAGISTRATE JUDGE

1